# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT HINES

VERSUS

GRANT MARTIN, USAA
CASU[A]LTY INSURANCE
COMPANY, THE R.V. SHOP,
INC., AND XYZ INSURANCE
COMPANY

NO. 2023 CW 0217

**MAY 25, 2023**

---

In Re: Robert Hines, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 715307.

---

**BEFORE: GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's January 31, 2023 judgment granting the motion for partial summary judgment filed by The R.V. Shop, Inc. is a final, appealable judgment pursuant to Louisiana Code of Civil Procedure article 1915(A)(1) & (A)(3). Therefore, the writ is granted for the limited purpose of remanding the case to the district court with instructions to grant relator, Robert Hines, an appeal pursuant to the pleading that notified the district court of his intention to seek writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (*per curiam*). A copy of this court's order is to be included in the appellate record.

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT